**EXHIBIT A**

22ND JUDICIAL CIRCUIT
CITY OF ST. LOUIS
CIRCUIT COURT DOCKET SHEET

| 1822-CC10861 | ANN HAMILTON V AUTOMOBILE CLUB OF MISSOURI ET AL | Security Level: 1 Public |
|---|---|---|

| Case Type: | CC Pers Injury-Other | **Case Filing Date:** | 29-Jul-2018 |
|---|---|---|---|
| Status: | Pet Filed in Circuit Ct | | |
| Disposition: | | **Disposition Date:** | |

|  | Release/Status Change Date | Reason |
|---|---|---|
| Judge | **MICHAEL KELLAN MULLEN (39719)** | |
| Plaintiff | **ANN HAMILTON (@527511)** | |
| **REPRESENTED BY:** Attorney for Plaintiff | RUFUS JAMES TATE JR (46993) | |
| Defendant | **AUTOMOBILE CLUB OF MISSOURI (AUTCLUMO)** | |
| **REPRESENTED BY:** Attorney for Defendant | BRIAN JOSEPH STAIR (67370) | |
| Defendant | **NATIONAL RAILROAD PASSENGER CORP (AMTRAK) (NATRAIPAS)** | |
| Defendant | **CORTEZ THURMOND (@527512)** | |
| Defendant | **BARBARA GARDNER (@527513)** | |
| Attorney for Defendant | **JULIA ANNE TODD (46830)** | |

| Filing Date | Description |
|---|---|
| 29-Jul-2018 | **Judge Assigned** |
| | **Pet Filed in Circuit Ct** |
| | Petition; Service Instructions. |
| | **Filed By:** RUFUS JAMES TATE JR |
| | **On Behalf Of:** ANN HAMILTON |
| | **Note to Clerk eFiling** |
| | **Filed By:** RUFUS JAMES TATE JR |
| | **Filing Info Sheet eFiling** |
| | **Filed By:** RUFUS JAMES TATE JR |
| 30-Jul-2018 | **Summons Issued-Reg/Cert Mail** |
| | Document ID: 18-SMCC-12448, for AUTOMOBILE CLUB OF MISSOURI. |
| | **Summons Issued-Reg/Cert Mail** |
| | Document ID: 18-SMCC-12449, for NATIONAL RAILROAD PASSENGER CORP (AMTRAK). |
| | **Summons Issued-Reg/Cert Mail** |
| | Document ID: 18-SMCC-12450, for THURMOND, CORTEZ. |
| | **Summons Issued-Reg/Cert Mail** |
| | Document ID: 18-SMCC-12451, for GARDNER, BARBARA. |
| | **Summons Issued-Reg/Cert Mail** |
| | Document ID: 18-SMCM-204, for AUTOMOBILE CLUB OF MISSOURI. |
| | **Summons Issued-Reg/Cert Mail** |
| | Document ID: 18-SMCM-205, for NATIONAL RAILROAD PASSENGER CORP (AMTRAK). |
| | **Summons Issued-Reg/Cert Mail** |
| | Document ID: 18-SMCM-206, for THURMOND, CORTEZ. |

Report: CZR0026 v18.0

**22ND JUDICIAL CIRCUIT**
**CITY OF ST. LOUIS**
**CIRCUIT COURT DOCKET SHEET**

Date:  19-Oct-2018
Time:  1:22:23PM
Page: 2

Case continued from previous page.

| 1822-CC10861 | ANN HAMILTON V AUTOMOBILE CLUB OF MISSOURI ET AL | Security Level: 1 Public |
|---|---|---|

| | |
|---|---|
| 30-Jul-2018 | **Summons Issued-Reg/Cert Mail** |
| | Document ID: 18-SMCM-207, for GARDNER, BARBARA. |
| | **Notice/Acknowledgement Issued** |
| | Document ID: 18-NASM-202, for AUTOMOBILE CLUB OF MISSOURI. |
| | **Notice/Acknowledgement Issued** |
| | Document ID: 18-NASM-203, for NATIONAL RAILROAD PASSENGER CORP (AMTRAK). |
| | **Notice/Acknowledgement Issued** |
| | Document ID: 18-NASM-204, for THURMOND, CORTEZ. |
| | **Notice/Acknowledgement Issued** |
| | Document ID: 18-NASM-205, for GARDNER, BARBARA. |
| 09-Aug-2018 | **Jury Trial Scheduled** |
| | **Scheduled For:**  14-Jan-2019; 9:00 AM; MICHAEL KELLAN MULLEN; **Setting:**  0; City of St. Louis |
| 28-Aug-2018 | **Notice of Service** |
| | Non-Est; USS Tracking report. |
| | **Filed By:**  RUFUS JAMES TATE JR |
| | **On Behalf Of:**  ANN HAMILTON |
| | **Alias Summons Requested** |
| | Request for Alias Summons. |
| | **Filed By:**  RUFUS JAMES TATE JR |
| | **On Behalf Of:**  ANN HAMILTON |
| 10-Sep-2018 | **Summons Issued-Reg/Cert Mail** |
| | Document ID: 18-SMCM-250, for NATIONAL RAILROAD PASSENGER CORP (AMTRAK). |
| | **Summons Issued-Reg/Cert Mail** |
| | Document ID: 18-SMCM-251, for THURMOND, CORTEZ. |
| | **Summons Issued-Reg/Cert Mail** |
| | Document ID: 18-SMCM-252, for GARDNER, BARBARA. |
| | **Notice/Acknowledgement Issued** |
| | Document ID: 18-NASM-243, for NATIONAL RAILROAD PASSENGER CORP (AMTRAK). |
| | **Notice/Acknowledgement Issued** |
| | Document ID: 18-NASM-244, for THURMOND, CORTEZ. |
| | **Notice/Acknowledgement Issued** |
| | Document ID: 18-NASM-245, for GARDNER, BARBARA. |
| 26-Sep-2018 | **Entry of Appearance Filed** |
| | Entry of Appearance; Electronic Filing Certificate of Service. |
| | **Filed By:**  JULIA ANNE TODD |
| | **On Behalf Of:**  AUTOMOBILE CLUB OF MISSOURI |

Report: CZR0026 v18.0

**22ND JUDICIAL CIRCUIT**
**CITY OF ST. LOUIS**
**CIRCUIT COURT DOCKET SHEET**

Date: 19-Oct-2018
Time: 1:22:23PM
Page: 3

Case continued from previous page.

| | | |
|---|---|---|
| **1822-CC10861** | **ANN HAMILTON V AUTOMOBILE CLUB OF MISSOURI ET AL** | **Security Level: 1 Public** |

26-Sep-2018 **Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.

**Filed By:** BRIAN JOSEPH STAIR

**On Behalf Of:** AUTOMOBILE CLUB OF MISSOURI

**Motion to Dismiss**

Defendant Automobile Club of Missouri Motion to Dismiss and Suggestions in Support; Electronic Filing Certificate of Service.

**Filed By:** JULIA ANNE TODD

**On Behalf Of:** AUTOMOBILE CLUB OF MISSOURI

Electronically Filed - City of St. Louis - September 26, 2018 - 02:18 PM

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS**
**STATE OF MISSOURI**

ANN HAMILTON,      )
            )
     Plaintiff    )
            )
            )
   v.         )   Case No. 1822-CC10861
            )
AUTOMOBILE CLUB OF    )
MISSOURI, *et al*      )
            )
     Defendants.  )

## DEFENDANT AUTOMOBILE CLUB OF MISSOURI'S MOTION TO DISMISS AND SUGGESTIONS IN SUPPORT

Defendant Automobile Club of Missouri ("AAA") moves the Court to dismiss Plaintiff Ann Hamilton's claim against AAA pursuant to Missouri Rule 55.27(a)(6) for failure to state a claim upon which relief can be granted. In support of its motion, AAA states as follows:

### INTRODUCTION

This entire lawsuit is about a missed train. Plaintiff Ann Hamilton ("Plaintiff") claims that she was sold train tickets by AAA and that the tickets were not honored by Amtrak causing her to miss a train from Chicago to St. Louis. She has sued Amtrak and its employees, in two counts, for failing to honor those allegedly valid tickets. In the same breath, Plaintiff has also sued AAA, alleging that the issuance of those valid tickets somehow violated the Missouri Merchandising Practices Act ("MMPA"). However, Plaintiff has not pled sufficient facts to support such a claim. To state a claim under the MMPA, at a minimum, Plaintiff must allege facts demonstrating that AAA engaged in some type of act declared unlawful by statute. She has not, and cannot do this. For this reason, Plaintiff's sole claim against AAA should be dismissed for failure to state a claim.

SLC-8739718-1

Electronically Filed - City of St. Louis - September 26, 2018 - 02:18 PM

## STANDARD OF REVIEW

A motion to dismiss for failure to state a claim upon which relief can be granted is "solely a test of the adequacy of the plaintiff's petition." *Bosch v. St. Louis Healthcare Network*, 41 S.W.3d 462, 464 (Mo. banc 2001). The petition must state a cause of action or subject matter jurisdiction is not conferred upon the trial court and the petition is properly dismissed. *See Phillips v. Bradshaw*, 859 S.W.2d 232, 234 (Mo. App. 1993).

Missouri is a fact pleading state. *ITT Commercial Fin. Corp. v. Mid–Am. Marine Supply Corp.*, 854 S.W.2d 371, 379 (Mo. banc 1993). "The petition must allege facts to support each essential element of the cause to be pleaded." *Bohac v. Walsh*, 223 S.W.3d 858, 862 (Mo. App. 2007). If the petition contains only conclusions and does not contain the ultimate facts or any allegations from which to infer those facts, the petition may be dismissed for failure to state a claim. *Id.* at 862. A petition "must plead ultimate facts demonstrating such an entitlement and cannot rely on mere conclusions. Courts disregard conclusions not supported by facts in determining whether a petition states a cause of action." *Brock v. Blackwood*, 143 S.W.3d 47, 56 (Mo. App. 2004) (internal citations omitted) (holding that plaintiffs' allegation that they were beneficiaries of trust was a "conclusion" and not a fact and that trial court lacked jurisdiction because petition failed to state a claim). "When a petition is attacked by motion to dismiss for failure to state a claim, the mere conclusions of the pleader are not admitted." *Solberg v. Graven*, 174 S.W.3d 695, 698 (Mo. App. 2005) (citing *Matt v. Burrell, Inc.*, 892 S.W.2d 796, 798 (Mo. App. 1995)). "Mere conclusions by the pleader that are not supported by factual allegations are to be disregarded when considering whether a petition is sufficient to sustain dismissal for failure to state a claim upon which relief can be granted." *Id.* (citing *Sw. Bell Yellow Pages, Inc. v. Wilkins*, 920 S.W.2d 544, 549 (Mo. App. 1996).

SLC-8739718-1

Electronically Filed - City of St. Louis - September 26, 2018 - 02:18 PM

### ARGUMENT

To state a cause of action under the MMPA, Plaintiff is required to allege that she:  (1) purchased merchandise; (2) for personal, family, or household purposes; and (3) suffered an ascertainable loss of money or property; (4) as a result of an act declared unlawful by Mo. Rev. Stat. § 407.020.  Mo. Rev. Stat. § 407.025.1; *Chochorowski v. Home Depot U.S.A., Inc.*, 295 S.W.3d 194, 198 (Mo. App. 2009).  Here, however, Plaintiff's Petition fails to allege any facts that would establish the fourth element – that AAA has engaged in "an act declared unlawful by Mo. Rev. Stat. § 407.020." *See id.*

The Petition contains the following factual allegations[1] against AAA:

- Paragraph 2:  "Defendant Automobile Club of Missouri d/b/a AAA Travel at all pertinent times herein was a duly registered Missouri corporation; and is sued under the doctrine of respondeat superior for the acts and omissions of its agents or employees[.]"

- Paragraph 9:  "At all pertinent times herein, [co-Defendant] Amtrak sold all classes of train tickets through authorized agents such as AAA Travel[.]"

- Paragraph 11:  "Plaintiff purchased from AAA Travel six business class Amtrak tickets for herself and five of her great grandchildren for personal use in connection with a day-trip tour of Chicago[.]"

- Paragraph 12:  "AAA did not print up the tickets in a format familiar to or recognizable by ticket agent Gardner[.]"

*See* Petition at ¶¶ 2, 9, 11, 12.  The Petition contains no other factual allegations concerning AAA's purported actions or omissions.

---

[1] Paragraphs 10 and 43 mention AAA, but contain legal conclusions, not facts.

Electronically Filed - City of St. Louis - September 26, 2018 - 02:18 PM

The MMPA, in relevant part, makes unlawful the "act, use or employment by any person of any deception, fraud, false pretense, false promise, misrepresentation, unfair practice or the concealment, suppression, or omission of any material fact in connection with the sale or advertisement of any merchandise in trade or commerce[.]"   Mo. Rev. Stat. § 407.020.1. Accordingly, for Plaintiff to succeed against AAA on her MMPA claim, AAA must have engaged in some type of deception, fraud, false pretense, false promise, misrepresentation, or unfair practice, or must have concealed, suppressed, or omitted some material fact.  Plaintiff was obligated to allege facts in her Petition that – if true – would demonstrate that AAA committed one of these unlawful acts.

She has not done so.  Indeed, the only allegation which even hints at conduct for which AAA might be faulted is contained in Paragraph 12, which states merely that that AAA "did not print up [Plaintiff's] tickets in a format familiar to or recognizable by" the Amtrak ticket agent."[2] *See* Petition at ¶ 12.  In short, her only factual claim is that someone at AAA printed something that someone at Amtrak didn't recognize.  This fails to qualify as an unlawful act. As a result, Plaintiff has not alleged any facts establishing one of the essential elements of her MMPA claim against AAA, and such claim must be dismissed.

## CONCLUSION

WHEREFORE, Defendant Automobile Club of Missouri prays the Court enter an Order dismissing all claims against it from Plaintiff's Petition, and for such other and further relief as the Court deems just, equitable, and proper.

---

[2] AAA emphasizes that the Petition does not actually allege that AAA's printing format was improper or that the format made the tickets invalid.  Rather, the Petition alleges that Amtrak ticket agents erroneously refused to accept the tickets and allow Plaintiff and her family members to board the train.  *See* Petition at ¶¶ 15-29.

4

SLC-8739718-1

Electronically Filed - City of St. Louis - September 26, 2018 - 02:18 PM

Respectfully submitted,

HUSCH BLACKWELL LLP

By:   */s/ Julia Farrell*
    Julia Farrell, #46830
    Brian J. Stair, #67370
    190 Carondelet Plaza, Suite 600
    Saint Louis, Missouri 63105
    Telephone: (314) 480-1500
    Facsimile: (314) 480-1505
    Email:  julia.farrell@huschblackwell.com
           brian.stair@huschblackwell.com

*Attorneys for Defendant Automobile Club of Missouri*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed with the Court via the Court's electronic filing system and thus served upon all parties of record this 26th day of September, 2018.


    */s/ Julia Farrell*

SLC-8739718-1

Electronically Filed - City of St. Louis - September 26, 2018 - 02:14 PM

## IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
## STATE OF MISSOURI

ANN HAMILTON,             )
                                 )
               Plaintiff     )
                                 )
      v.                  )      Case No. 1822-CC10861
                                 )
AUTOMOBILE CLUB OF     )
MISSOURI, *et al*            )
                                 )
           Defendants.  )

### ENTRY OF APPEARANCE

Brian Stair of Husch Blackwell LLP hereby enters his appearance on behalf of

Defendants Automobile Club of Missouri in the above-captioned matter.

Respectfully submitted,

HUSCH BLACKWELL LLP

By:   */s/ Brian Stair*
     Brian J. Stair, #67370
     190 Carondelet Plaza, Suite 600
     Saint Louis, Missouri 63105
     Telephone: (314) 480-1500
     Facsimile: (314) 480-1505
     Email:  brian.stair@huschblackwell.com

*Attorneys for Defendant Automobile Club of Missouri*

SLC-8739718-1

Electronically Filed - City of St. Louis - September 26, 2018 - 02:14 PM

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed with the Court via the Court's electronic filing system and thus served upon all parties of record this 26th day of September, 2018.

_/s/ Brian Stair_____

SLC-8739718-1

Electronically Filed - City of St. Louis - September 26, 2018 - 02:09 PM

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI**

ANN HAMILTON,            )
                                   )
          Plaintiff      )
                                     )
         v.                     )       Case No. 1822-CC10861
                                     )
AUTOMOBILE CLUB OF    )
MISSOURI, *et al*          )
                                     )
        Defendants.    )

## ENTRY OF APPEARANCE

Julia Farrell of Husch Blackwell LLP hereby enters her appearance on behalf of

Defendants Automobile Club of Missouri in the above-captioned matter.

Respectfully submitted,

HUSCH BLACKWELL LLP

By:  /s/ Julia Farrell
      Julia Farrell, #46830
      190 Carondelet Plaza, Suite 600
      Saint Louis, Missouri 63105
      Telephone: (314) 480-1500
      Facsimile: (314) 480-1505
      Email:  julia.farrell@huschblackwell.com

*Attorneys for Defendant Automobile Club of Missouri*

Electronically Filed - City of St. Louis - September 26, 2018 - 02:09 PM

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed with the Court via the Court's electronic filing system and thus served upon all parties of record this 26th day of September, 2018.

*/s/ Julia Farrell*



# IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>MICHAEL KELLAN MULLEN | Case Number: 1822-CC10861 |
| Plaintiff/Petitioner:<br>ANN HAMILTON | Court Address:<br>CIVIL COURTS BUILDING |
| vs. | 10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Defendant/Respondent:<br>AUTOMOBILE CLUB OF MISSOURI | |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Notice and Acknowledgement for Service by Mail
### (Circuit Division Cases)

### Notice

**To:  BARBARA GARDNER**
C/O ELEANOR D ACHESON, CHIEF
LEGAL OFFICER & GENERAL
COUNSEL 1 MASSACHUSETTS AVE NW
WASHINGTON, DC  20001

The enclosed summons and petition are served pursuant to Missouri Supreme Court Rule 54.16.

You may sign and date the acknowledgement part of this form and return one copy of the completed form to the sender within thirty days of 10-SEP-2018.

If you are served on behalf of a corporation, unincorporated association, including a partnership, or other entity, you must indicate under your signature your relationship to that entity.  If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within thirty days, you or the party on whose behalf you are being served may be required to pay any expenses incurred in serving a summons and petition in any other manner permitted by law.

If you do complete and return this form, you or the party on whose behalf you are being served must answer the petition within thirty days of the date you sign in acknowledgment below.  If you fail to do so, judgment by default may be taken against you for the relief demanded in the petition.

**I declare, under penalty of perjury, that this notice was mailed on 10-SEP-2018.**

_____
Signature

### Acknowledgment of Receipt of Summons and Petition

I declare, under penalty of filing a false affidavit, that I received a copy of the Summons and of the Petition in the above captioned matter.

_____
Date

_____
Signature

_____
Relationship to Entity/Authority to receive service of process

OSCA (4-99) CV150 (NASM) *For Court Use Only:* Document ID# 18-NASM-245          1 of 1          Civil Procedure Form No. 4-B



## IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL KELLAN MULLEN | Case Number: 1822-CC10861 |
|---|---|
| Plaintiff/Petitioner:<br>ANN HAMILTON                                    vs. | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Defendant/Respondent:<br>AUTOMOBILE CLUB OF MISSOURI | |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Notice and Acknowledgement for Service by Mail
### (Circuit Division Cases)

### Notice

**To: BARBARA GARDNER**
C/O ELEANOR D ACHESON, CHIEF
LEGAL OFFICER & GENERAL
COUNSEL 1 MASSACHUSETTS AVE NW
WASHINGTON, DC 20001

The enclosed summons and petition are served pursuant to Missouri Supreme Court Rule 54.16.

You may sign and date the acknowledgement part of this form and return one copy of the completed form to the sender within thirty days of 10-SEP-2018.

If you are served on behalf of a corporation, unincorporated association, including a partnership, or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within thirty days, you or the party on whose behalf you are being served may be required to pay any expenses incurred in serving a summons and petition in any other manner permitted by law.

If you do complete and return this form, you or the party on whose behalf you are being served must answer the petition within thirty days of the date you sign in acknowledgment below. If you fail to do so, judgment by default may be taken against you for the relief demanded in the petition.

**I declare, under penalty of perjury, that this notice was mailed on 10-SEP-2018.**

_____
Signature

### Acknowledgment of Receipt of Summons and Petition

I declare, under penalty of filing a false affidavit, that I received a copy of the Summons and of the Petition in the above captioned matter.

_____
Date

_____
Signature

_____
Relationship to Entity/Authority to receive service of process



## IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL KELLAN MULLEN | Case Number: 1822-CC10861 |
|---|---|
| Plaintiff/Petitioner:<br>ANN HAMILTON<br><br>vs. | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Defendant/Respondent:<br>AUTOMOBILE CLUB OF MISSOURI | |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Notice and Acknowledgement for Service by Mail
### (Circuit Division Cases)

### Notice

**To: CORTEZ THURMOND**

C/O ELEANOR D ACHESON, CHIEF
LEGAL OFFICER & GENERAL
COUNSEL 1 MASSACHUSETTS AVE NW
WASHINGTON, DC 20001

The enclosed summons and petition are served pursuant to Missouri Supreme Court Rule 54.16.

You may sign and date the acknowledgement part of this form and return one copy of the completed form to the sender within thirty days of 10-SEP-2018.

If you are served on behalf of a corporation, unincorporated association, including a partnership, or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within thirty days, you or the party on whose behalf you are being served may be required to pay any expenses incurred in serving a summons and petition in any other manner permitted by law.

If you do complete and return this form, you or the party on whose behalf you are being served must answer the petition within thirty days of the date you sign in acknowledgment below. If you fail to do so, judgment by default may be taken against you for the relief demanded in the petition.

**I declare, under penalty of perjury, that this notice was mailed on 10-SEP-2018.**

_____
Signature

### Acknowledgment of Receipt of Summons and Petition

I declare, under penalty of filing a false affidavit, that I received a copy of the Summons and of the Petition in the above captioned matter.

_____      _____
Date                                    Signature

_____
Relationship to Entity/Authority to receive service of process

 **IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>MICHAEL KELLAN MULLEN | Case Number: 1822-CC10861 |
| Plaintiff/Petitioner:<br>ANN HAMILTON        vs. | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Defendant/Respondent:<br>AUTOMOBILE CLUB OF MISSOURI | |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Notice and Acknowledgement for Service by Mail
### (Circuit Division Cases)

### Notice

**To: NATIONAL RAILROAD PASSENGER CORP (AMTRAK)**
C/O ELEANOR D ACHESON, CHIEF
LEGAL OFFICER & GENERAL
COUNSEL 1 MASSACHUSETTS AVE NW
WASHINGTON, DC 20001

The enclosed summons and petition are served pursuant to Missouri Supreme Court Rule 54.16.

You may sign and date the acknowledgement part of this form and return one copy of the completed form to the sender within thirty days of 10-SEP-2018.

If you are served on behalf of a corporation, unincorporated association, including a partnership, or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within thirty days, you or the party on whose behalf you are being served may be required to pay any expenses incurred in serving a summons and petition in any other manner permitted by law.

If you do complete and return this form, you or the party on whose behalf you are being served must answer the petition within thirty days of the date you sign in acknowledgment below. If you fail to do so, judgment by default may be taken against you for the relief demanded in the petition.

**I declare, under penalty of perjury, that this notice was mailed on 10-SEP-2018.**

_____
Signature

### Acknowledgment of Receipt of Summons and Petition

I declare, under penalty of filing a false affidavit, that I received a copy of the Summons and of the Petition in the above captioned matter.

_____        _____
Date                               Signature

_____
Relationship to Entity/Authority to receive service of process



# IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL KELLAN MULLEN | Case Number: 1822-CC10861 |
|---|---|
| Plaintiff/Petitioner:<br>ANN HAMILTON | Plaintiff's/Petitioner's Attorney/Address:<br>RUFUS JAMES TATE JR.<br>THE TATE LAW FIRM LLC<br>230 BEMISTON AVE<br>SUITE 1470<br>CLAYTON, MO 63105 |
| vs. | |
| Defendant/Respondent:<br>AUTOMOBILE CLUB OF MISSOURI | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons for Service by Registered or Certified Mail

The State of Missouri to: BARBARA GARDNER
    Alias:

C/O ELEANOR D ACHESON, CHIEF
LEGAL OFFICER & GENERAL
COUNSEL 1 MASSACHUSETTS AVE NW
WASHINGTON, DC 20001

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner, or Plaintiff/Petitioner, if pro se, at the above address all within 30 days after the return registered or certified mail receipt signed by you has been filed in this cause. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in the petition.

**SEPTEMBER 10, 2018**
Date Issued

**THOMAS KLOEPPINGER**
Clerk

Further Information:

## Certificate of Mailing

I certify that on _____ (date), I mailed a copy of this summons and a copy of the petition to Defendant/Respondent BARBARA GARDNER by registered or certified mail, requesting a return receipt by the addressee only, to the said Defendant/Respondent at the address furnished by Plaintiff/Petitioner.

_____
Date

OSCA (7-99) SM90 (SMCM)  *For Court Use Only:* Document ID # 18-SMCM-252          1 of 3          S.C. Form 4; Rule 54.12b, 506.150 RSMo



## IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL KELLAN MULLEN | Case Number: 1822-CC10861 |
|---|---|
| Plaintiff/Petitioner:<br>ANN HAMILTON | Plaintiff's/Petitioner's Attorney/Address:<br>RUFUS JAMES TATE JR.<br>THE TATE LAW FIRM LLC<br>230 BEMISTON AVE<br>SUITE 1470<br>CLAYTON, MO  63105 |
| vs. | |
| Defendant/Respondent:<br>AUTOMOBILE CLUB OF MISSOURI | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

### Summons for Service by Registered or Certified Mail

The State of Missouri to:  CORTEZ THURMOND
        Alias:

C/O ELEANOR D ACHESON, CHIEF
LEGAL OFFICER & GENERAL
COUNSEL 1 MASSACHUSETTS AVE NW
WASHINGTON, DC  20001



**COURT SEAL OF**

**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner, or Plaintiff/Petitioner, if pro se, at the above address all within 30 days after the return registered or certified mail receipt signed by you has been filed in this cause.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in the petition.

**SEPTEMBER 10, 2018**
Date Issued

**THOMAS KLOEPPINGER**
Clerk

Further Information:

### Certificate of Mailing

I certify that on _____ (date), I mailed a copy of this summons and a copy of the petition to Defendant/Respondent CORTEZ THURMOND by registered or certified mail, requesting a return receipt by the addressee only, to the said Defendant/Respondent at the address furnished by Plaintiff/Petitioner.

_____        _____
Date



## IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>MICHAEL KELLAN MULLEN | Case Number: 1822-CC10861 |
| Plaintiff/Petitioner:<br>ANN HAMILTON<br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>RUFUS JAMES TATE JR.<br>THE TATE LAW FIRM LLC<br>230 BEMISTON AVE<br>SUITE 1470<br>CLAYTON, MO 63105 |
| Defendant/Respondent:<br>AUTOMOBILE CLUB OF MISSOURI | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

### Summons for Service by Registered or Certified Mail

**The State of Missouri to:**  NATIONAL RAILROAD PASSENGER CORP (AMTRAK)
Alias:

C/O ELEANOR D ACHESON, CHIEF
LEGAL OFFICER & GENERAL
COUNSEL 1 MASSACHUSETTS AVE NW
WASHINGTON, DC 20001

**COURT SEAL OF**

**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner, or Plaintiff/Petitioner, if pro se, at the above address all within 30 days after the return registered or certified mail receipt signed by you has been filed in this cause. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in the petition.

**SEPTEMBER 10, 2018**
Date Issued

**THOMAS KLOEPPINGER**
Clerk

Further Information:

### Certificate of Mailing

I certify that on _____ (date), I mailed a copy of this summons and a copy of the petition to Defendant/Respondent  NATIONAL RAILROAD PASSENGER CORP (AMTRAK) by registered or certified mail, requesting a return receipt by the addressee only, to the said Defendant/Respondent at the address furnished by Plaintiff/Petitioner.

_____         _____
         Date

Electronically Filed - City of St. Louis - August 28, 2018 - 02:29 PM

## IN THE TWENTY-SECOND JUDICIAL CIRCUIT COURT
## STATE OF MISSOURI

ANN HAMILTON,

                Plaintiff,

v.

AUTOMOBILE CLUB OF
MISSOURI, NATIONAL RAILROAD
PASSENGER CORPORATION,
CORTEZ THURMOND, BARBARA
GARDNER;

                Defendant.

Cause No: <u>1822-CC10861</u>

Division No: <u>1</u> (Mullen, *J.*)

## REQUEST FOR ALIAS SUMMONS

    Pursuant to Rules 54.13(a) and 54.16, Plaintiff's counsel shall serve the following Amtrak

defendants by certified mail at the following addresses:

National Railroad Passenger Corporation a/k/a Amtrak,
c/o Eleanor D. Acheson, Chief Legal Officer & General Counsel
1 Massachusetts Avenue, NW
Washington, DC 20001

Cortez Thurmond,
c/o Eleanor D. Acheson, Chief Legal Officer & General Counsel
National Railroad Passenger Corporation
1 Massachusetts Avenue, NW
Washington, DC 20001

Electronically Filed - City of St. Louis - August 28, 2018 - 02:29 PM

Barbara Gardner,
c/o Eleanor D. Acheson, Chief Legal Officer & General Counsel
National Railroad Passenger Corporation
1 Massachusetts Avenue, NW
Washington, DC 20001


Respectfully submitted,

THE TATE LAW FIRM, LLC

/s/ Rufus J. Tate, Jr.
Rufus J. Tate, Jr. 46993
230 Bemiston Avenue, Suite 1470
Clayton, MO 63105
314.726.6495 Office
855.825.8283 Fax
tatelawfirm@gmail.com
*Counsel for Ann Hamilton*

Electronically Filed - City of St. Louis - August 28, 2018 - 02:28 PM

## IN THE TWENTY-SECOND JUDICIAL CIRCUIT COURT
## STATE OF MISSOURI

ANN HAMILTON,

               Plaintiff,

v.

AUTOMOBILE CLUB OF
MISSOURI, NATIONAL RAILROAD
PASSENGER CORPORATION,
CORTEZ THURMOND, BARBARA
GARDNER;

               Defendant.

Cause No: <u>1822-CC10861</u>

Division No: <u>1</u> (Mullen, *J.*)

### Affidavit of Non-Est

    PLEASE NOTE that the Amtrak defendants (National Railroad Passenger Company,

Cortez Thurmond, and Barbara Gardner) have not been served (see attached).

Respectfully submitted,

THE TATE LAW FIRM, LLC

<u>/s/ Rufus J. Tate, Jr.</u>
Rufus J. Tate, Jr. 46993
230 Bemiston Avenue, Suite 1470
Clayton, MO 63105
314.726.6495 Office
855.825.8283 Fax
tatelawfirm@gmail.com
*Counsel for Ann Hamilton*

Electronically Filed - City of St. Louis - August 28, 2018 - 02:28 PM

USPS.com® - USPS Tracking® Results

8/17/18, 1:37 PM

# USPS Tracking®

**FAQs** > (http://faq.usps.com/?articleId=220900)

## Track Another Package  +

Remove ✕

**Tracking Number:** 9507100031248214000173

USPS was unable to deliver your item as of 9:16 am on August 8, 2018 in WASHINGTON, DC 20002. The address may be incorrect, incomplete, or illegible.

## Alert

August 8, 2018 at 9:16 am
Unable to deliver item, problem with address
WASHINGTON, DC 20002

**Get Updates** ∨

---

### Text & Email Updates 

---

### Tracking History 

**August 8, 2018, 9:16 am**
Unable to deliver item, problem with address
WASHINGTON, DC 20002
USPS was unable to deliver your item as of 9:16 am on August 8, 2018 in WASHINGTON, DC 20002. The address may be incorrect, incomplete, or illegible.

**August 8, 2018, 5:40 am**
Departed USPS Regional Facility

Electronically Filed - City of St. Louis - August 28, 2018 - 02:28 PM

WASHINGTON DC DISTRIBUTION CENTER

**August 6, 2018**
In Transit to Next Facility

**August 5, 2018, 12:15 pm**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**August 4, 2018, 1:01 am**
Departed USPS Regional Origin Facility
SAINT LOUIS MO DISTRIBUTION CENTER

**August 3, 2018, 8:28 pm**
Arrived at USPS Regional Origin Facility
SAINT LOUIS MO DISTRIBUTION CENTER

**August 3, 2018**
In Transit to Next Facility

**August 3, 2018, 11:50 am**
USPS in possession of item
SAINT LOUIS, MO 63105

**August 2, 2018**
USPS expects item for mailing (SSK)
SAINT LOUIS, MO 63105

**Product Information** 

**See Less** ∧

8/17/18, 1:37 PM

Electronically Filed - City of St. Louis - August 28, 2018 - 02:28 PM

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

8/17/18, 1:37 PM

Electronically Filed - City of St. Louis - August 28, 2018 - 02:28 PM

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**

*NOTE: Black and white (grayscale) images show the outside, from 0 **app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo%2FTrackConfi** letter-sized envelopes and mailpieces that are processed through USPS automated equipment.



**IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>MICHAEL KELLAN MULLEN | Case Number:  1822-CC10861 |
| Plaintiff/Petitioner:<br>ANN HAMILTON | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| vs. | |
| Defendant/Respondent:<br>AUTOMOBILE CLUB OF MISSOURI | |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Notice and Acknowledgement for Service by Mail
### (Circuit Division Cases)

### Notice

To:  BARBARA GARDNER

C/O NATIONAL RAILROAD PASSENGER
60 MASSACHUSETTS AVENUE NE
WASHINGTON, DC  20002

The enclosed summons and petition are served pursuant to Missouri Supreme Court Rule 54.16.

You may sign and date the acknowledgement part of this form and return one copy of the completed form to the sender within thirty days of 30-JUL-2018.

If you are served on behalf of a corporation, unincorporated association, including a partnership, or other entity, you must indicate under your signature your relationship to that entity.  If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within thirty days, you or the party on whose behalf you are being served may be required to pay any expenses incurred in serving a summons and petition in any other manner permitted by law.

If you do complete and return this form, you or the party on whose behalf you are being served must answer the petition within thirty days of the date you sign in acknowledgment below.  If you fail to do so, judgment by default may be taken against you for the relief demanded in the petition.

I declare, under penalty of perjury, that this notice was mailed on 30-JUL-2018.

_____
Signature

### Acknowledgment of Receipt of Summons and Petition

I declare, under penalty of filing a false affidavit, that I received a copy of the Summons and of the Petition in the above captioned matter.

_____     _____
Date                                              Signature

_____
Relationship to Entity/Authority to receive service of process



**IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>MICHAEL KELLAN MULLEN | Case Number: 1822-CC10861 |
| Plaintiff/Petitioner:<br>ANN HAMILTON<br><div align="right">vs.</div> | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Defendant/Respondent:<br>AUTOMOBILE CLUB OF MISSOURI | |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Notice and Acknowledgement for Service by Mail
### (Circuit Division Cases)

**Notice**

**To:  CORTEZ THURMOND**

C/O NATIONAL RAILROAD PASSENGER
60 MASSACHUSETTS AVENUE NE
WASHINGTON, DC  20002

The enclosed summons and petition are served pursuant to Missouri Supreme Court Rule 54.16.

You may sign and date the acknowledgement part of this form and return one copy of the completed form to the sender within thirty days of 30-JUL-2018.

If you are served on behalf of a corporation, unincorporated association, including a partnership, or other entity, you must indicate under your signature your relationship to that entity.  If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within thirty days, you or the party on whose behalf you are being served may be required to pay any expenses incurred in serving a summons and petition in any other manner permitted by law.

If you do complete and return this form, you or the party on whose behalf you are being served must answer the petition within thirty days of the date you sign in acknowledgment below.  If you fail to do so, judgment by default may be taken against you for the relief demanded in the petition.

**I declare, under penalty of perjury, that this notice was mailed on 30-JUL-2018.**

_____
Signature

---

### Acknowledgment of Receipt of Summons and Petition

I declare, under penalty of filing a false affidavit, that I received a copy of the Summons and of the Petition in the above captioned matter.

_____    _____
Date                                                         Signature

_____
Relationship to Entity/Authority to receive service of process



**IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>MICHAEL KELLAN MULLEN | Case Number: 1822-CC10861 |
| Plaintiff/Petitioner:<br>ANN HAMILTON<br>vs. | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Defendant/Respondent:<br>AUTOMOBILE CLUB OF MISSOURI | |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Notice and Acknowledgement for Service by Mail
### (Circuit Division Cases)

### Notice

**To: NATIONAL RAILROAD PASSENGER CORP (AMTRAK)**

60 MASSACHUSETTS AVENUE NE
WASHINGTON, DC 20002

The enclosed summons and petition are served pursuant to Missouri Supreme Court Rule 54.16.

You may sign and date the acknowledgement part of this form and return one copy of the completed form to the sender within thirty days of 30-JUL-2018.

If you are served on behalf of a corporation, unincorporated association, including a partnership, or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within thirty days, you or the party on whose behalf you are being served may be required to pay any expenses incurred in serving a summons and petition in any other manner permitted by law.

If you do complete and return this form, you or the party on whose behalf you are being served must answer the petition within thirty days of the date you sign in acknowledgment below. If you fail to do so, judgment by default may be taken against you for the relief demanded in the petition.

**I declare, under penalty of perjury, that this notice was mailed on 30-JUL-2018.**

_____
Signature

### Acknowledgment of Receipt of Summons and Petition

I declare, under penalty of filing a false affidavit, that I received a copy of the Summons and of the Petition in the above captioned matter.

_____     _____
Date                        Signature

_____
Relationship to Entity/Authority to receive service of process



**IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>MICHAEL KELLAN MULLEN | Case Number: 1822-CC10861 |
| Plaintiff/Petitioner:<br>ANN HAMILTON | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| vs. | |
| Defendant/Respondent:<br>AUTOMOBILE CLUB OF MISSOURI | |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Notice and Acknowledgement for Service by Mail
### (Circuit Division Cases)

### Notice

**To:  AUTOMOBILE CLUB OF MISSOURI**

12901 N FORTY DRIVE
SAINT LOUIS, MO 63141

The enclosed summons and petition are served pursuant to Missouri Supreme Court Rule 54.16.

You may sign and date the acknowledgement part of this form and return one copy of the completed form to the sender within thirty days of 30-JUL-2018.

If you are served on behalf of a corporation, unincorporated association, including a partnership, or other entity, you must indicate under your signature your relationship to that entity.  If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within thirty days, you or the party on whose behalf you are being served may be required to pay any expenses incurred in serving a summons and petition in any other manner permitted by law.

If you do complete and return this form, you or the party on whose behalf you are being served must answer the petition within thirty days of the date you sign in acknowledgment below.  If you fail to do so, judgment by default may be taken against you for the relief demanded in the petition.

**I declare, under penalty of perjury, that this notice was mailed on 30-JUL-2018.**

_____
Signature

---

### Acknowledgment of Receipt of Summons and Petition

I declare, under penalty of filing a false affidavit, that I received a copy of the Summons and of the Petition in the above captioned matter.

_____         _____
Date                                              Signature

_____
Relationship to Entity/Authority to receive service of process



## IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL KELLAN MULLEN | Case Number:  1822-CC10861 |
|---|---|
| Plaintiff/Petitioner:<br>ANN HAMILTON | Plaintiff's/Petitioner's Attorney/Address:<br>RUFUS JAMES TATE JR.<br>THE TATE LAW FIRM LLC<br>230 BEMISTON AVE<br>SUITE 1470<br>CLAYTON, MO  63105 |
| **vs.** | |
| Defendant/Respondent:<br>AUTOMOBILE CLUB OF MISSOURI | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

### Summons for Service by Registered or Certified Mail

The State of Missouri to:  BARBARA GARDNER
          Alias:

C/O NATIONAL RAILROAD PASSENGER
60 MASSACHUSETTS AVENUE NE
WASHINGTON, DC  20002



**COURT SEAL OF**

**CITY OF ST LOUIS**

       You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner, or Plaintiff/Petitioner, if pro se, at the above address all within 30 days after the return registered or certified mail receipt signed by you has been filed in this cause.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in the petition.

|  |  |
|---|---|
| **JULY 30, 2018**<br>Date Issued<br>Further Information: | **THOMAS KLOEPPINGER**<br>Clerk |

### Certificate of Mailing

    I certify that on _____ (date), I mailed a copy of this summons and a copy of the petition to Defendant/Respondent BARBARA GARDNER by registered or certified mail, requesting a return receipt by the addressee only, to the said Defendant/Respondent at the address furnished by Plaintiff/Petitioner.

_____
              Date

_____



## IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL KELLAN MULLEN | Case Number:  1822-CC10861 |
|---|---|
| Plaintiff/Petitioner:<br>ANN HAMILTON | Plaintiff's/Petitioner's Attorney/Address:<br>RUFUS JAMES TATE JR.<br>THE TATE LAW FIRM LLC<br>230 BEMISTON AVE<br>SUITE 1470<br>CLAYTON, MO  63105 |
| **vs.** | |
| Defendant/Respondent:<br>AUTOMOBILE CLUB OF MISSOURI | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

### Summons for Service by Registered or Certified Mail

**The State of Missouri to:  CORTEZ THURMOND**
          **Alias:**

C/O NATIONAL RAILROAD PASSENGER
60 MASSACHUSETTS AVENUE NE
WASHINGTON, DC  20002



*COURT SEAL OF*

*CITY OF ST LOUIS*

        You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner, or Plaintiff/Petitioner, if pro se, at the above address all within 30 days after the return registered or certified mail receipt signed by you has been filed in this cause.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in the petition.

**JULY 30, 2018**
Date Issued

Further Information:

**THOMAS KLOEPPINGER**
Clerk

### Certificate of Mailing

    I certify that on _____ (date), I mailed a copy of this summons and a copy of the petition to Defendant/Respondent CORTEZ THURMOND by registered or certified mail, requesting a return receipt by the addressee only, to the said Defendant/Respondent at the address furnished by Plaintiff/Petitioner.

_____
        Date

_____



**IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>MICHAEL KELLAN MULLEN | Case Number: 1822-CC10861 |
|---|---|
| Plaintiff/Petitioner:<br>ANN HAMILTON | Plaintiff's/Petitioner's Attorney/Address:<br>RUFUS JAMES TATE JR.<br>THE TATE LAW FIRM LLC<br>230 BEMISTON AVE<br>SUITE 1470<br>CLAYTON, MO 63105 |
| vs. | |
| Defendant/Respondent:<br>AUTOMOBILE CLUB OF MISSOURI | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons for Service by Registered or Certified Mail

**The State of Missouri to:** NATIONAL RAILROAD PASSENGER CORP (AMTRAK)
      **Alias:**

**60 MASSACHUSETTS AVENUE NE**
**WASHINGTON, DC 20002**



*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner, or Plaintiff/Petitioner, if pro se, at the above address all within 30 days after the return registered or certified mail receipt signed by you has been filed in this cause. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in the petition.

| **JULY 30, 2018** | **THOMAS KLOEPPINGER** |
|---|---|
| Date Issued | Clerk |

Further Information:

---

### Certificate of Mailing

I certify that on _____ (date), I mailed a copy of this summons and a copy of the petition to Defendant/Respondent NATIONAL RAILROAD PASSENGER CORP (AMTRAK) by registered or certified mail, requesting a return receipt by the addressee only, to the said Defendant/Respondent at the address furnished by Plaintiff/Petitioner.

_____
      Date



**IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division: | Case Number:  1822-CC10861 |
|---|---|
| MICHAEL KELLAN MULLEN | |
| Plaintiff/Petitioner:<br><br>ANN HAMILTON | Plaintiff's/Petitioner's Attorney/Address:<br>RUFUS JAMES TATE JR.<br>THE TATE LAW FIRM LLC<br>230 BEMISTON AVE<br>SUITE 1470<br>CLAYTON, MO  63105 |
| **vs.** | |
| Defendant/Respondent:<br>AUTOMOBILE CLUB OF MISSOURI | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons for Service by Registered or Certified Mail

**The State of Missouri to:**  AUTOMOBILE CLUB OF MISSOURI
         Alias:

12901 N FORTY DRIVE
SAINT LOUIS, MO 63141



*COURT SEAL OF*

*CITY OF ST LOUIS*

        You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner, or Plaintiff/Petitioner, if pro se, at the above address all within 30 days after the return registered or certified mail receipt signed by you has been filed in this cause.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in the petition.

      **JULY 30, 2018**                **THOMAS KLOEPPINGER**
        Date Issued                                Clerk

Further Information:

---

### Certificate of Mailing

    I certify that on _____ (date), I mailed a copy of this summons and a copy of the petition to Defendant/Respondent  AUTOMOBILE CLUB OF MISSOURI by registered or certified mail, requesting a return receipt by the addressee only, to the said Defendant/Respondent at the address furnished by Plaintiff/Petitioner.

_____          _____
        Date

**1822-CC10861**

Electronically Filed - City of St. Louis - July 29, 2018 - 11:37 PM

Service instructions attached for certified mail service

**1822-CC10861**

Electronically Filed - City of St. Louis - July 29, 2018 - 11:37 PM

## IN THE TWENTY-SECOND JUDICIAL CIRCUIT COURT
## STATE OF MISSOURI

ANN HAMILTON,

          Plaintiff,

v.

AUTOMOBILE CLUB OF MISSOURI, NATIONAL RAILROAD PASSENGER CORPORATION, CORTEZ THURMOND, BARBARA GARDNER;

          Defendant.

Cause No: _____

Division No: _____

## PETITION

COMES NOW Ann Hamilton, by and through counsel, and states the following for her claims for damages:

1) Plaintiff Ann Hamilton at all pertinent times herein was an African-American adult residing in the City of St. Louis;

2) Defendant Automobile Club of Missouri d/b/a AAA Travel at all pertinent times herein was a duly registered Missouri corporation; and is sued under the doctrine of *respondeat superior* for the acts and omissions of its agents or employees;

3) Defendant National Railroad Passenger Corporation ("Amtrak") at all pertinent times herein was a foreign corporation operating within the City of St. Louis; and is sued under the doctrine of *respondeat superior* for the acts and omissions of its agents or employees;

Electronically Filed - City of St. Louis - July 29, 2018 - 11:37 PM

4)  Defendant Cortez Thurmond ("Conductor") at all pertinent times herein was employed by Amtrak as the conductor of train 307;

5)  Defendant Barbara Gardner ("Ticket Agent") at all pertinent times herein was employed by Amtrak as a ticket agent;

6)  Venue is appropriate herein pursuant to §§ 407.025.1 and 508.010.5(3) RSMo because (1) Plaintiff resides herein;

7)  This Court has subject-matter jurisdiction over all claims herein pursuant to Mo. Const. art. V, § 14;

8)  At all pertinent times herein, Amtrak operated a passenger train service to Chicago, Illinois; and offered "business class" seating for a higher price or premium than other classes of tickets;

9)  At all pertinent times herein, Amtrak sold all classes of train tickets through authorized agents such as AAA Travel;

10) At all pertinent times herein AAA Travel was both an independent contractor and agent of Amtrak because it acted to further the business interests of Amtrak in the instant transaction;

11) Plaintiff purchased from AAA Travel six business class Amtrak tickets for herself and five of her great grandchildren for personal use in connection with a day-trip tour of Chicago;

12) AAA did not print up the tickets in a format familiar to or recognizable by ticket agent Gardner;

13) Plaintiff's party embarked on the Amtrak train from the City of St. Louis terminal;

14) Plaintiff was promised a safe return thereto on the same evening;

2

Electronically Filed - City of St. Louis - July 29, 2018 - 11:37 PM

15) Amtrak officials breached their duty to safely return Plaintiff's party to the St. Louis Amtrak terminal; and instead delayed her party in the Chicago terminal;

16) Despite Plaintiff's offer to Gardner of the entire AAA Travel packet for quick review and confirmation, Gardner refused same and instigated the prolonged and unnecessary delay of Plaintiff's party at the ticket counter;

17) When Plaintiff began to express her concern that Gardner's refusal to review the AAA Travel package was causing unnecessary delay, Gardner ignored her protests and instigated further delay with the intent to cause Plaintiff's party to miss Train 307;

18) Gardner never cleared Plaintiff's party for boarding;

19) Plaintiff eventually sought a second opinion or assistance from a more seasoned Amtrak ticket agent, Jordan-Lockhart, who actually did authorize and clear Plaintiff's party for boarding, but only just before "coach class" passengers were permitted to board;

20) One of the reasons for Plaintiff's purchase of business class tickets was the priority boarding with her great grandchildren ranging in ages four (4) to twelve (12) after a day of touring Chicago;

21) Jordan-Lockhart advised Plaintiff's party to hurry before the coach class passengers began to board;

22) Plaintiff very much desired to board the train with sufficient time to organize all five great grandchildren; and complied with Lockhart-Jordan's order to hurry;

23) However, as Plaintiff initiated her boarding attempt, Thurmond stopped her to review her ticket;

24) Thurmond did not recognize the ticket format, and detained Plaintiff and the great grandchildren until all other passengers boarded the train;

Electronically Filed - City of St. Louis - July 29, 2018 - 11:37 PM

25) Thurmond detained Plaintiff's party in retaliation for her questioning his conduct in breaching her ticket contract, interfering with her quiet enjoyment of the train service, and causing further anxiety and fatigue of the great grandchildren;

26) When Plaintiff advised Thurmond of her intent to advise the NAACP of the poor manner in which she had been treated, Thurmond responded in effect: Call the NAACP on me. You ain't riding my train;

27) Thurmond refused to review the ticket and/or AAA Travel packet;

28) Instead, Thurmond summoned the Amtrak police unit to detain and derail Plaintiff's party;

29) Thurmond caused Plaintiff's party to miss Train 307, the last train departing for St. Louis that night;

30) No Amtrak official attempted to accommodate Plaintiff and her great grandchildren overnight or to make alternative travel arrangements;

31) The only customer courtesy extended by any Amtrak official was to give Plaintiff the phone number to Greyhound Bus Company in Chicago;

32) To be clear, Amtrak officials did not arrange for transport via Greyhound; did not transport Plaintiff to the Greyhound station; did not provide any escort or security to Plaintiff's party to Greyhound although knowing it was located more than half a mile away from the Amtrak station, dark, and that Plaintiff did not know if she even had enough money to purchase Greyhound tickets for her party;

33) Amtrak effectively "dumped" Plaintiff's party on the streets of Chicago, to fend for herself;

34) Amtrak never followed up with Plaintiff to check on her safety and well-being or to further investigate or review the incident;

Electronically Filed - City of St. Louis - July 29, 2018 - 11:37 PM

35) Instead, Amtrak blamed the entire episode on Plaintiff in response to a complaint she filed with the Commission on Human Rights;

36) Plaintiff suffered ascertainable damage and injury including, but not limited to, unilateral shifting of financial losses, anxiety, stress, bouts of sleeplessness, feeling powerless to protect her own great grandchildren or even herself; and fear of riding the train;

37) Defendants' conduct reflects an evil motive or reckless disregard for the rights of Plaintiff and each of her great grandchildren; and warrants the imposition of exemplary damages to punish Amtrak and to deter other similarly-situated defendant transportation companies from such future misconduct;

38) Plaintiff has incurred and shall continue to incur reasonably foreseeable attorney's fees to prosecute this civil action;

39) Plaintiff requests a jury trial;

## Count I
## Violation of the Missouri Merchandising Practices Act

Plaintiff hereby incorporates each of the foregoing allegations as though fully restated herein and for her MMPA claim states:

40) Plaintiff purchased six Amtrak business class tickets;

41) Plaintiff purchased the Amtrak tickets for her personal or familial use;

42) Plaintiff suffered an ascertainable loss of money or property;

43) AAA Travel and Amtrak defendants caused Plaintiff's loss through negligence, inadvertence, inattention, retaliatory animus in response to Plaintiff's customer complaints, breach of contract, and other unfair practices to effectively chill her speech and to punish her for questioning the poor customer service;

Electronically Filed - City of St. Louis - July 29, 2018 - 11:37 PM

For the foregoing reasons, Plaintiff respectfully requests Judgment in her favor and against defendants AAA Travel, Amtrak, Thurmond and Gardner as follows:

A) Compensatory damages in excess of $25,000;

B) Exemplary Damages;

C) Pre- and Post-Judgment Interest;

D) Attorney's fees pursuant to § 407.025.1; and

E) Any other relief this honorable Commission deems necessary and appropriate.

## Count II
## Malicious Trespass

Plaintiff hereby incorporates each of the foregoing allegations as though fully restated herein and for her § 537.330 RSMo claim states:

44) Amtrak defendants maliciously and wantonly destroyed the personal property rights of each individual in Plaintiff's party rendering each ticket valueless and useless;

45) Plaintiff suffered losses thereby;

For the foregoing reasons, Plaintiff respectfully requests Judgment in her favor and against defendants Amtrak, Thurmond and Gardner as follows:

A) Compensatory damages pursuant to § 537.330 RSMo;

B) Pre- and Post-Judgment Interest; and

C)  Any other relief this honorable Commission deems necessary and appropriate.

6

Electronically Filed - City of St. Louis - July 29, 2018 - 11:37 PM

Respectfully submitted,

THE TATE LAW FIRM, LLC

/s/ Rufus J. Tate, Jr.
Rufus J. Tate, Jr. 46993
230 Bemiston Avenue, Suite 1470
Clayton, MO 63105
314.726.6495 Office
855.825.8283 Fax
tatelawfirm@gmail.com
*Counsel for Ann Hamilton*

**1822-CC10861**

Electronically Filed - City of St. Louis - July 29, 2018 - 11:37 PM

## IN THE TWENTY-SECOND JUDICIAL CIRCUIT COURT
## STATE OF MISSOURI

ANN HAMILTON,

              Plaintiff,

v.

AUTOMOBILE CLUB OF MISSOURI, NATIONAL RAILROAD PASSENGER CORPORATION, CORTEZ THURMOND, BARBARA GARDNER;

              Defendant.

Cause No: _____

Division No: _____

### Service Instructions

Pursuant to Rules 54.13(a) and 54.16, Plaintiff's counsel shall serve the following defendants by certified mail at the following addresses:

1) Automobile Club of Missouri, 12901 N. forty Drive, St. Louis 63141;

2) National Railroad Passenger Corporation, 60 Massachusetts Avenue NE, Washington, D.C. 20002;

3) Cortez Thurmond, 60 Massachusetts Avenue NE, Washington, D.C. 20002;

4) Barbara Gardner, 60 Massachusetts Avenue NE, Washington, D.C. 20002;

Electronically Filed - City of St. Louis - July 29, 2018 - 11:37 PM

Respectfully submitted,

THE TATE LAW FIRM, LLC

/s/ Rufus J. Tate, Jr.
Rufus J. Tate, Jr. 46993
230 Bemiston Avenue, Suite 1470
Clayton, MO 63105
314.726.6495 Office
855.825.8283 Fax
tatelawfirm@gmail.com
*Counsel for Ann Hamilton*

**STATE OF MISSOURI**  )
)ss
**CITY OF ST. LOUIS**  )

     I, THOMAS KLOEPPINGER, Clerk of the Circuit Court within and for the City of St. Louis, State of Missouri, do hereby certify that the foregoing are true copies of original documents on files and recorded in my office for the following case
**ENTIRE FILE**

St. Louis City case number 1822-CC10861

     WITNESS my hand and SEAL of said Court this 19TH day of OCTOBER, 2018.

*Thomas Kloeppinger*
_____
**Thomas Kloeppinger**
**Circuit Clerk**

**By:** *Geraldine Battle*
**Deputy Clerk**

SEAL of the CIRCUIT COURT